STELLA HAVKIN (SBN 134334)
HAVKIN & SHRAGO
ATTORNEYS AT LAW
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 999-1568
Facsimile: (818) 293-2414
Email: stella@havkinandshrago.com

Attorneys for Plaintiff Wesley H. Avery Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> ANDRE DAVIS, <br><br> Debtor. | Case No. 2:21-bk-11833-BR <br><br> Chapter 7 |
| WESLEY H. AVERY, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> vs. <br><br> ANDRE DAVIS, an individual, AED LLC, a California Limited Liability Company, TRANSAMERICA RETIREMENT SOLUTIONS LLC, <br><br> Defendants. | Adv. No.: 2:22-ap-01155-BR <br><br> PROOF OF SERVICE |

Proof of Service

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

COMPLAINT AND COURT INSTRUCTIONS. _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/5/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;lupe@averytrustee.com
stella@havkinandshrago.com, shavkinesq@gmail.com  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 8/5/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andre Davis - 335 E Albertoni St Ste 200-350, Carson, CA 90746
AED LLC - Andre Davis - agent for service of process - 629 W. Myrrh Lane, Compton California 90220
Transamerica Retirement Solutions, LLC - agent for service of process - CT Corporation System - 330 Brand Blvd., Suite 700, Glendale, CA 91203.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/5/2022 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                    **F 7004–1.SUMMONS.ADV.PROC**